UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RHANA W., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:22-cv-00004-JDL |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Rhana W. seeks judicial review and remand of the adjudication of her claims for Social Security Disability and Supplemental Security Income, contending that the Administrative Law Judge's determination of her residual functional capacity ("RFC") was unsupported by substantial evidence and that the Appeals Council made an egregious error in declining to consider newly introduced evidence (ECF No. 11). Pursuant to 28 U.S.C.A. § 636(b)(3) (West 2022) and D. Me. Local R. 16.3(a)(2), United States Magistrate Judge Karen Frink Wolf held a hearing on the Plaintiff's Statement of Errors on September 16, 2022 (ECF No. 15). The Magistrate Judge filed her Report and Recommended Decision with the Court on November 22, 2022 (ECF No. 16), recommending that the Court affirm the Commissioner's decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

1

Notwithstanding the Plaintiff's failure to object, I have reviewed and considered the Recommended Decision, together with the entire record, and I have made a *de* novo determination of all matters adjudicated by the Magistrate Judge. I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision. It is therefore **ORDERED** that the Recommended Decision (ECF No. 16) of the Magistrate Judge is hereby **ACCEPTED** and the Commissioner's decision is **AFFIRMED**.

SO ORDERED.

Dated this 11th day of January 2023.

                                                                /s/ Jon D. Levy
                                             **CHIEF U.S. DISTRICT JUDGE**